

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Martin Shawn Carswell,                     * From the 266th District Court
                                              of Erath County,
                                              Trial Court No. CR14590.

Vs. No. 11-17-00172-CR                     * November 22, 2017

The State of Texas,                        * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)


        This court has inspected the record in this cause and concludes that the
appeal should be dismissed.   Therefore, in accordance with this court's
opinion, the appeal is dismissed.